1  McDERMOTT WILL & EMERY LLP
   ELLIE HOURIZADEH (State Bar. No. 204627)
2  2049 Century Park East, Suite 3800
   Los Angeles, CA 90067-3218
3  Telephone: 310.277.4110
   Facsimile: 310.277.4730
4  ehourizadeh@mwe.com

5  Attorneys for Defendants

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

ZEIN E. OBAGI, M.D., an individual; ZEIN E. OBAGI, M.D., INC., a California corporation, and OMP, INC., a Delaware corporation,

    Plaintiffs,

v.

SIMON OURIAN, M.D. aka SIAMAK OURIAN, M.D., an individual, EPIONE MEDICAL CORPORATION, a California corporation, EPIONE BEVERLY HILLS, INC., a California corporation, EPIONE INTERNATIONAL, INC., a California corporation, and DOES 1-60, inclusive,

    Defendants.

CASE NO. CV09-0940 R (JCx)

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**

**[FEDERAL QUESTION]**

[Los Angeles County Superior Court Case No. SC101219]

LAS99 1716817-1.073437.0015

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Simon Ourian, M.D., Epione Medical Corporation, Epione Beverly Hills, Inc., and Epione International, Inc. ("Defendants"), by and through their undersigned attorneys, McDermott Will & Emery LLP, hereby remove the above-captioned action entitled <u>Zein E. Obagi, et al., v. Simon Ourian, et al.</u>, Case No. SC101219, from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, on the following grounds:

1. On January 5, 2009, Plaintiffs Zein Obagi, M.D., Zein E. Obagi, M.D., Inc., and OMP, Inc. ("Plaintiffs") filed a civil action in the Superior Court of the State of California, County of Los Angeles, Case No. SC101219, entitled <u>Zein E. Obagi, et al., v. Simon Ourian, et al.</u> (the "State Court Action"). Plaintiffs served Defendants Simon Ourian, M.D., Epione Medical Corporation, Epione Beverly Hills, Inc., and Epione International, Inc. with the Summons and Complaint on January 9, 2009. A true and correct copy of the Summons and Complaint in the State Court Action that was served on Defendants is attached hereto as Exhibit 1.

2. As set forth more fully below, the State Court Action is a civil action over which this Court would have original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court pursuant to 28 U.S.C. § 1441(b), in that it is a "civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States." 28 U.S.C. § 1441(b).

3. This Notice of Removal is timely under 28 U.S.C. § 1446 because it is filed within thirty days from the date on which Defendants were served with a copy of the Complaint and corresponding summons (January 9, 2009). No defendant in the State Court Action was served with any pleading prior to receiving a copy of the Complaint on January 9, 2009.

LAS99 1716817-1.073437.0015

- 2 -

4. Written notice of the filing of this Notice of Removal will be given to Plaintiffs promptly after the filing of the Notice of Removal as required by 28 U.S.C. § 1446(d). In addition, as required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly in the State Court Action with the Clerk of the Superior Court, County of Los Angeles, after the filing of the Notice of Removal.

## JURISDICTIONAL GROUNDS

### Summary of Essential Allegations

5. The State Court Action is brought on behalf of Zein Obagi, M.D. and his company Zein E. Obagi, M.D., Inc. and its affiliated company OMP, Inc. against Simon Ourian, M.D. and the various Epione companies. (Ex. 1.)

6. As summarized in the Complaint, the State Court Action seeks damages for Defendants' alleged use of Plaintiffs' registered trademarks in violation of 15 U.S.C. § 1125. (Ex 1, ¶¶ 22-34 and 52-63)

7. The Complaint alleges that Defendants use and have used Plaintiffs' "Obagi," "Blue Peel" and "Obagi Blue Peel" marks in their advertisements, business forms, trade organizations and websites. (Ex 1, ¶¶ 22-34 and 52-63).

8. Plaintiffs allege that pursuant to Defendants' alleged misuse of Plaintiffs' registered marks, Plaintiffs have suffered damages. (Id.)

9. Plaintiffs' claims for unfair business practices (second and sixth causes of action) are based on the Defendants' alleged unauthorized use of Plaintiffs' registered marks. (Ex. 1, ¶¶ 35-38 and 64-67.) Specifically, Plaintiffs incorporate their Lanham Act claims (Ex. 1, ¶¶ 35 and 64) and allege that Defendants' use of Obagi's personal name and registered marks constitute acts of unfair competition in violation of Business and Professions Code § 17200 *et seq.* (Ex. 1, ¶¶ 36 and 65).

10. Similarly, Plaintiffs' negligent and intentional interference claims (third and fourth causes of action) are based on Defendants' alleged infringing use of Plaintiffs' personal name (Ex. 1, ¶¶ 42 and 49) in violation of 15 U.S.C. § 1125.

**Federal Question Jurisdiction**

11. A civil action filed in state court can be removed to federal court if the case could have been originally filed in federal court under federal question jurisdiction. 28 U.S.C. § 1441(b). Removal under 28 U.S.C. § 1441(b) requires that the action contain "a claim or right arising under the Constitution, treaties or laws of the United States."

12. "To determine whether the claim arises under federal law, [courts] examine the 'well pleaded' allegations of the complaint and ignore potential defenses." *Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003); *see also Ansley v. Ameriquest Mortg. Co.*, 340 F.3d 858, 861 (9th Cir. 2003) ("For removal to be appropriate under the well-pleaded complaint rule, a federal question must appear on the face of a properly pleaded complaint.").

13. Under the well-pleaded complaint rule, state law claims can be removed to federal court if they "necessarily raise a stated federal issue, actually disputed and substantial, which a federal forum may entertain without disturbing any congressionally approved balance of federal and state judicial responsibilities." *Grable & Sons Metal Prods. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 314 (2005); *see also Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 27-28 (1983) (holding that removal can be premised on the notion "that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law"); *Merrell Dow Pharmaceuticals, Inc. v. Thompson*, 478 U.S. 804, 808-809 (1986) ("a case may arise under federal law 'where the vindication of a right under state law necessarily turned on some construction of federal law'.") (quoting *Franchise Tax Bd.*, 463 U.S. at 9).

14. As the Supreme Court explained in *Grable*, the rule "captures the commonsense notion that a federal court ought to be able to hear claims recognized under state law that nonetheless turn on substantial questions of federal law, and

thus justify resort to the experience, solicitude, and hope of uniformity that a federal forum offers on federal issues." 545 U.S. at 312.

### The State Court Action Confers Federal Question Jurisdiction

15. The gravamen of the wrongdoing asserted in the State Court Action is Defendants' alleged infringing use of Plaintiffs' personal name and registered trademarks (Ex. 1). More specifically, Plaintiffs' grievance against Defendants is that Defendants: (1) without permission or consent use Zein Obagi's personal name in their advertisements, business solicitations and websites; and (2) that Defendants without permission or consent use Plaintiffs' registered trademarks in their advertisements, business solicitations and websites. (Ex. 1, ¶¶ 35-38 and 64-67.)

16. The State Court Action affirmatively pleads a federal right of action, it "necessarily raise[s] a stated federal issue, actually disputed and substantial, which a federal forum may entertain without disturbing any congressionally approved balance of federal and state judicial responsibilities." *Grable*, 545 U.S. at 314.

17. The State Court Action necessarily raises several disputed and substantial federal legal issues.

18. Specifically, the Complaint raises the issue of whether the Defendants violated Section 43 of the Lanham Act, 15 U.S.C. § 1125(a). (Ex 1, ¶¶ 22-34 and 52-63).

19. Each of Defendants' alleged violations of the Lanham Act forms the basis for Plaintiffs' unfair competition, and interference claims against Defendants. (Ex 1, ¶¶ 36, 42, 49 and 65.)

20. Therefore, the State Action is properly subject to removal to this Court.

1   WHEREFORE, the above action now pending in the Superior Court of the
2   State of California, County of Los Angeles, Case No. SC101219, is hereby
3   removed from said state court to this Court. Defendants pray that: (1) this Court
4   proceed in this action pursuant to 28 U.S.C. § 1447, as if this action had been
5   originally filed in this Court; and (2) further proceedings in the state court action be
6   stayed in all respects.

Dated: February 9, 2009          McDERMOTT WILL & EMERY LLP

                                 By: _____
                                     Ellie Hourizadeh
                                     Attorneys for Defendants

LAS99 1716817-1.073437.0015                - 6 -

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

**CV09- 940 R (JCx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Zein E. Obagi, M.D., Zein E. Obagi, M.D., Inc., OMP, Inc.

**DEFENDANTS**

Simon Ourian, M.D. aka Siamak Ourian, M.D., Epione Medical Corporation, Epione Beverly Hills, Inc., Epione International

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

David Krol (SBN 213740)
Valensi Rose, PLC
2029 Century Park East, Suite 2050
Los Angeles, California 90067
Tel: (310) 277-8011
Fax: (310) 277-1706

**Attorneys (If Known)**

Ellie Hourizadeh (SBN 204627)
McDermott Will & Emery LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067
Tel: (310) 551-9321
Fax: (310) 277-4730

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

False designation of origin, Unfair business practices, intentional interference, and negligent interference

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| | | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

CV09-0940

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? [X] No [ ] Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? [X] No [ ] Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or
 [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
 [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
 [ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)
(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
 [ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
 [ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
 Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 2/9/09
 Ellie Hourizadeh

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |