FILED

2009 FEB -9  AM 11: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C. CALIF.
LOS ANGELES

BY_____

McDERMOTT WILL & EMERY LLP
ELLIE HOURIZADEH (State Bar. No. 204627)
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone: 310.277.4110
Facsimile: 310.277.4730
ehourizadeh@mwe.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZEIN E. OBAGI, M.D., an individual; ZEIN E. OBAGI, M.D., INC., a California corporation, and OMP, INC., a Delaware corporation,

Plaintiffs,

v.

SIMON OURIAN, M.D. aka SIAMAK OURIAN, M.D., an individual, EPIONE MEDICAL CORPORATION, a California corporation, EPIONE BEVERLY HILLS, INC., a California corporation, EPIONE INTERNATIONAL, INC., a California corporation, and DOES 1-60, inclusive,

Defendants.

CASE NO. CV09-0940 R (JCx)

**NOTICE OF INTERESTED PARTIES**

[Los Angeles County Superior Court Case No. SC101219]

LAS99 1717511-1.073437.0015

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Simon Ourian,
2  M.D. aka Siamak Ourian, M.D., Epione Medical Corporation, Epione Beverly
3  Hills, Inc., and Epione International, Inc. state that they are not aware of any non-
4  party corporations or individuals with a financial interest in this case.
5
6
7  Dated: February 9, 2009    **McDERMOTT WILL & EMERY LLP**
8
9  By: _____
     Ellie Hourizadeh
10   Attorneys for Defendants