**McDERMOTT WILL & EMERY LLP**
ELLIE HOURIZADEH (State Bar. No. 204627)
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone: 310.277.4110
Facsimile: 310.277.4730
ehourizadeh@mwe.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEIN E. OBAGI, M.D., an individual; ZEIN E. OBAGI, M.D., INC., a California corporation, and OMP, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON OURIAN, M.D. aka SIAMAK OURIAN, M.D., an individual, EPIONE MEDICAL CORPORATION, a California corporation, EPIONE BEVERLY HILLS, INC., a California corporation, EPIONE INTERNATIONAL, INC., a California corporation, and DOES 1-60, inclusive,<br><br>Defendants. | CASE NO. CV09-0940 R(JCx)<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>[Los Angeles County Superior Court Case No. SC101219] |

LAS99 1717512-1.073437.0015

## PROOF OF SERVICE

I, CARLOS ACUNA, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is NATIONWIDE Legal, INC., 207 S. BROADWAY, 6th Fl, LA, CA 90012. On **February 9, 2009**, I served a copy of the within document(s):

**NOTICE OF FILING OF NOTICE OF REMOVAL; NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441; NOTICE OF INTERESTED PARTIES; CIVIL CASE COVER SHEET; NOTICE OF ASSIGNMENT TO US MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO COUNSEL; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; USDC CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ **BY PERSONAL SERVICE :** by personally delivering the documents listed above to the person(s) at the address(es) set forth below

David Krol
Valensi Rose, PLC
2029 Century Park East, Suite 2050
Los Angeles, California 90067
Phone: 310-277-8011
Facsimile: 310-277-1706

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 9, 2009**, at Los Angeles, California.

_____
SIGNATURE

LAS99 1716840-1.073437.0015

PROOF OF SERVICE